Jason Mark SMITH *v.* STATE of Arkansas

CR 98-329                                        962 S.W.2d 813

Supreme Court of Arkansas
Opinion delivered April 9, 1998

*Joel O.Huggins,* for appellant.

No response.

PER CURIAM. Appellant Jason Mark Smith, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Joel O. Huggins, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional conduct.